IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROBERT MAULDEN,**

      Plaintiff,

vs.                                      Case No. 3:06cv363/RS

**TERMINIX INTERNATIONAL, INC.,**
      Defendant.
_____/

## ORDER

      Before the Court is Defendant's Motion to Compel Arbitration (9 U.S.C. §§ 3 and 4) and Stay Proceedings, And Supporting Memorandum (Doc. 5). The Arbitration Agreement (Doc. 10-2) clearly requires that "any dispute" will be submitted to binding arbitration. Pursuant to 9 U.S.C. §§ 3 and 4, the parties are directed to proceed with binding arbitration in accordance with the terms of the Arbitration Agreement, and further proceedings this case are stayed until arbitration has been completed.

      **ORDERED** on October 2, 2006.

                                                /s/ Richard Smoak
                                                RICHARD SMOAK
                                                UNITED STATES DISTRICT JUDGE